FILED

Jul 18 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ A Cortez          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MIKAH ALEXANDRIA DOTY,<br><br>                Defendant. | Case No.    '25 CR2862 W<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) –<br>Transportation of Certain Aliens |

The grand jury charges:

### Counts 1-4

On or about July 8, 2025, within the Southern District of California, defendant MIKAH ALEXANDRIA DOTY, knowing and in reckless disregard of the fact that the aliens listed below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law;

//

//

//

//

CVE:cms:Imperial:7/17/25

| Count | Name |
|-------|------|
| 1 | Guang Xiu Li |
| 2 | Yuhui Lin |
| 3 | Chen Ming |
| 4 | Xan Li Xia |

all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: July 18, 2025.

A TRUE BILL:

ADAM GORDON
United States Attorney

By: _____ FOR
CONNOR VENESKI
Assistant U.S. Attorney

2